AO 106 (Rev. 4/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

USPS Priority Mail parcel 9114901496451499150475 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately a 12.5" x 9.5" envelope weighing approximately 0 lbs. 5 oz. The SUBJECT PARCEL's label indicates it is from "PC Online, 2800 Cole Ave, Dallas, TX 75204." The SUBJECT PARCEL bears a handwritten label addressed to "Christina Kampe, 23900 Ivy St PO Box 313, Schneider, IN 46376." The SUBJECT PARCEL was postmarked on April 2, 2018 in Riverside, CA 92507. The postage paid was $6.70.

Case Number: 18-M-1244

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Tyler Fink, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

USPS Priority Mail parcel 9114901496451499150475 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately a 12.5" x 9.5" envelope weighing approximately 0 lbs. 5 oz. The SUBJECT PARCEL's label indicates it is from "PC Online, 2800 Cole Ave, Dallas, TX 75204." The SUBJECT PARCEL bears a handwritten label addressed to "Christina Kampe, 23900 Ivy St PO Box 313, Schneider, IN 46376." The SUBJECT PARCEL was postmarked on April 2, 2018 in Riverside, CA 92507. The postage paid was $6.70.

located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is (check one or more):
  ✓ evidence of a crime;
  ✓ contraband, fruits of a crime, or other items illegally possessed;
  ☐ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:
  Title 21, United States Code, Sections 841(a)(1) and 843(b).

The application is based on these facts:
  ✓ Continued on the attached sheet, which is incorporated by reference.
  ☐ Delayed notice of 180 days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's Signature*
Name and Title: Tyler Fink, U.S. Postal Inspector

Sworn to before me, and signed in my presence.
Date _____, 2018

City and state: Milwaukee, Wisconsin

*Judge's signature*
THE HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge
*Name & Title of Judicial Officer*

## Affidavit of U.S. Postal Inspector Tyler Fink

I, Tyler Fink, being duly sworn on oath, state as follows;

1. I am a United States Postal Inspector employed by the United States Postal Inspection Service (USPIS). I have been so employed since February 2017. I am currently assigned to a multi-functional team in Milwaukee, WI. This team investigates mail theft, fraud, the theft of Postal property, prohibited mailings, controlled substances, and other matters related to the Postal Service. I hold a Bachelor's degree in Mechanical Engineering from the University of Missouri-St. Louis. I was a Project Manager overseeing the engineering of electric motors from approximately December 2010 to January 2014. In June 2014, I graduated from the St. Louis County and Municipal Police Academy as a Police Officer working for the Creve Coeur Police Department. As a Police Officer, I investigated crimes such as domestic violence, theft, sexual assaults, possession of controlled substances and drug paraphernalia, and other matters related to state law enforcement. Through the course of my approximately two and a half years as a Police Officer at the Creve Coeur Police Department, I used my training and experience to locate, identify, and seize multiple types of narcotics, drugs, and drug contraband. Through the course of my approximate 1 year career with the USPIS, I have used my training and experience to locate and identify multiple parcels containing narcotics and drugs; as well as proceeds from the sale of narcotics and drugs. I am currently placed on the High Intensity Drug Trafficking Area (HIDTA) Interdiction Initiative Task Force. I have been the affiant on over 25 warrants in federal court. Based on my extensive training received at the USPIS Career Development Unit, personal experience, on the job training, and working with other Postal Inspectors and Wisconsin HIDTA drug task force officers, I know narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent

1

through the United States Postal Service (USPS) system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

2. The USPIS is the primary investigative arm of the United States Postal Service and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a search warrant for the SUBJECT PARCEL for items which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

2
Case 2:18-mj-01244-WED    Filed 04/11/18    Page 3 of 8    Document 1

## PARCEL TO BE SEARCHED

4. This affidavit is made in support of an application for a search warrant for USPS Priority Mail parcel 9114901496451499150475 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately a 12.5" x 9.5" envelope weighing approximately 0 lbs. 5 oz. The SUBJECT PARCEL's label indicates it is from "PC Online, 2800 Cole Ave, Dallas, TX 75204." The SUBJECT PARCEL bears a handwritten label addressed to "Christina Kampe, 23900 Ivy St PO Box 313, Schneider, IN 46376." The SUBJECT PARCEL was postmarked on April 2, 2018 in Riverside, CA 92507. The postage paid was $6.70.

## INVESTIGATION OF THE SUBJECT PARCEL

5. I review Postal Service records and labels delivered to, and sent from, the Milwaukee area to and from source narcotic areas. I do this because I know, based on my training and experience, drug traffickers will sometimes use Priority Mail, which is the USPS two day delivery service. Based on my training and experience with the USPIS, I know drug traffickers use First Class Mail, Priority Mail, Priority Mail Express delivery service because of its reliability and the ability to track the article's progress to the intended delivery point. In my training and experience, traffickers will often use fictitious names and/or addresses as well as incomplete names and addresses in an attempt to hide their trafficking efforts from law enforcement.

6. On Thursday, April 4, 2018, I was made aware of the existence of the SUBJECT PARCEL by USPIS General Analyst Jeffery May after his review of reliable postal records. According to his review, the SUBJECT PARCEL is being tracked in a way previous parcels being shipped to Milwaukee, WI area containing prescription pills such as Carisoprodol and Tramadol have been tracked. These previous parcels were recently opened and tested to confirm

3

the existence of Carisoprodol and Tramadol. According to these reliable postal records, which allow Postal Inspectors the ability to identify when parcels are being tracked by a person(s) using specific and unique tracking methods, I believe an unauthorized controlled substance dealer or customer has also tracked the SUBJECT PARCEL.

7. USPS regulates prescription medicines containing controlled substances are permitted to be sent via the mail only by a drug manufacturer or their registered agents, pharmacies, medical practitioners, or other authorized dispensers as permitted. The inner packaging of the controlled substance is required to be marked to show the prescription number and the name and address of the pharmacy, practitioner, or other person dispensing the prescription and must be securely held within a plain outer wrapper or packaging. The previous parcels opened, containing Carisoprodol and Tramadol, did not appear to be sent by any of the authorized agents described above and did not follow the packaging requirements. Both Carisoprodol and Tramadol are listed as Schedule IV controlled substances per the Controlled Substances Act.

8. On March 22, 2018, I was informed by Drug Enforcement Administration Special Agent Kellen Williams he conducted an undercover buy of prescription pills. The pills were to be sent to 1346 Bluebird Dr., Oconomowoc, WI 53066 via USPS Priority Mail Express parcel EE158651895US. I located the parcel addressed to "Stephen Holder, 1346 Bluebird Dr., Oconomowoc, WI 53066." It should be noted, Stephen Holder lived at this address until he recently committed suicide. Holder's family gave consent to SA Williams to open all USPS parcels addressed to Holder. The label for the parcel indicated it was sent from "PC Online, 2800 Cole Ave., Dallas, TX 75204." The postal records for this parcel showed it was being tracked by the same person, or same group of suspects that have tracked the SUBJECT

PARCEL. The postage paid for the parcel I seized and searched was $24.70. I delivered this parcel to SA Williams. The USPS Priority Mail Express parcel EE158651895US was opened by SA Williams and was found to contain 180 dosage units of 100 mg Tramadol pills which field tested positive for Tramadol.

9. On April 2, 2018, I was informed by SA Williams he conducted an undercover buy of prescription pills. The pills were to be sent to 1346 Bluebird Dr., Oconomowoc, WI 53066 via USPS Priority Mail Express parcel EE177313586US. I located the parcel which was addressed to "Stephen Holder, 1346 Bluebird Dr., Oconomowoc, WI 53066." The label for the parcel indicated it was again sent from "PC Online, 2800 Cole Ave., Dallas, TX 75204." The postal records for this parcel showed it was being tracked by the same person, or same group of suspects that have tracked the SUBJECT PARCEL. The postage paid for the parcel I seized and searched was $24.70. I delivered this parcel to SA Williams. He searched and seized the parcel which was found to contain 180 dosage units of 100 mg Tramadol pills and 180 dosage units of 500 mg Carisoprodol. They field tested positive for Tramadol and Carisoprodol, respectively.

10. The consolidated lead evaluation and reporting (CLEAR) database is a public records product which is designed for law enforcement officers in locating subjects and witnesses, verifying identities of individuals, and gathering background information for use in investigations. A search of the CLEAR database showed a person named Christina Kampe currently receives, or has previously received, mail at PO Box 313, Schneider, IN 46376.

11. An internet search for the name of the company shown on the SUBJECT PARCEL's label, PC Online, showed no company by this name was found to be located at 2800 Cole Avenue, Dallas TX. An apartment complex is currently located at this address.

5
Case 2:18-mj-01244-WED   Filed 04/11/18   Page 6 of 8   Document 1

12. On Thursday, April 5, 2018, the SUBJECT PARCEL was sent to my USPIS Domicile office by the destination Post Office at my request. The SUBJECT PARCEL is currently being held at the USPIS Milwaukee Domicile, located at 345 W Saint Paul Avenue, Milwaukee, WI 53201.

13. Based upon the information as outlined in this affidavit, I believe there is probable cause this parcel may contain evidence and contraband, namely controlled substances. Consequently, I respectfully request authorization to open this parcel and search its contents for evidence and contraband, namely a controlled substance. I also request permission to seize contents of the parcel as evidence, that may constitute contraband, proceeds or fruits of the crime of Distribution of a Controlled Substance, as outlined under Title 21 United States Code 841 (a)(1)) and 843(b).

14. Because this affidavit is submitted for the limited purpose of securing authorization for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation for the requested search warrant.

15. The addressee and the sender of the SUBJECT PARCEL are part of a multi-agency drug trafficking investigation of significant amounts of controlled substances being shipped throughout the United States. The investigation entails the distribution of more than 100 parcels being shipped throughout the United States and one overdose death. These mailers are believed to be operating and making transactions through the internet and email. It is unknown if the amount of controlled substances being mailed is for personal use or for further distribution into the civilian population of the destination address area. The investigation will continue until all law enforcement tactics have been exhausted.

16. Pursuant to 18 USC §§ 3103(a) and 2705, I am requesting delayed notice of 30 days. There is reasonable cause to believe immediate notification of the execution of this warrant may have an adverse result of flight from prosecution, destruction or tampering with evidence, and/or seriously jeopardize the investigation. I believe this because the suspect(s) is tracking USPS services to transport a controlled substance, and this investigation involves the SUBJECT PARCEL's destination address, sender address, and multiple other targets in the United States who, if they were made aware of this search warrant, may change their tactics or destroy evidence.

17. Because the investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public, I am requesting this affidavit be sealed until further order of the court.